# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 23-0568

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

JORY JERAE SONGER,

      Defendant and Appellant.

## ORDER

Pursuant to Appellant's motion to consolidate, and good cause appearing,

IT IS HEREBY ORDERED that Cause Nos. DA 23-0566, DA 23-0567, DA-23-0568 are hereby CONSOLIDATED under DA 23-0568 and captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 20 2024